UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:05-CR-405-T-17EAJ

ORACIN WATSON FILSAIME.

_____/

ORDER

This cause is before the Court on:

Dkt. 47 Report and Recommendation
Dkt. 46 Motion for Leave to Appeal IFP

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that Defendant's Motion be denied.

The Court has independently reviewed the pleadings, and notes that Defendant has filed no objection to the Report and Recommendation. As noted in the Report and Recommendation, Defendant Filsaime sought a sentence reduction pursuant to 18 U.S.C. Sec. 3582(c)(2). However, at sentencing Defendant Filsaime was subject to a statutory mandatory minimum sentence, and a sentence reduction under Guidelines Amendment 750 is not authorized under 18 U.S.C. Sec. 3582(c)(2). Defendant raised additional challenges to his sentence, but the issues were not raised in Defendant's previous appeal of the denial of a sentence reduction.

After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

Case No. 8:05-Cr-405-T-17EAJ

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference. Defendant Filsaime's Motion to Proceed IFP on appeal is **denied.**

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 6th day of February, 2012.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
Pro Se Defendant